IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02211-BNB

FREDRIC LYLE PETERSON,

    Plaintiff,

v.

MICHAEL OCONNER, Supervisor Englewood Colo. Police Dept.,
DEPUTY DISTRICT ATTORNEY BAILEY #30605,
CESAR MADRIGAL, South Metro Drug Task Force,
RYAN KASPAR, Officer Englewood Police Dept.,
GEORGE CLANCY,
CAROL CHAMBERS, District Attorney,
ARAPAHOE COUNTY, COLORADO,
SOUTH METRO DRUG TASK FORCE,
ENGLEWOOD POLICE DEPARTMENT, and
CITY OF ENGLEWOOD, COLORADO,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 1 0 2008

GREGORY C. LANGHAM
                            CLERK

## ORDER GRANTING 28 U.S.C. § 1915 MOTION

Plaintiff, Fredric Lyle Peterson, currently is detained at the Denver County Jail in Denver, Colorado. Mr. Peterson initiated this action by filing a *pro se* Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. On November 7, 2008, Mr. Peterson also submitted a certified trust fund account statement. Based on the information about his financial status, the Court finds that Mr. Peterson is unable to pay an initial partial filing fee pursuant to § 1915(b)(1).

Title 28 U.S.C. § 1915 requires a prisoner bringing a civil action "to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1). If a prisoner is unable to afford the full

amount of the filing fee when the case is filed, the statute provides for payment of the filing fee through an initial partial filing fee and monthly installments of the balance until the full filing fee is paid. However, "[i]n no event shall a prisoner be prohibited from bringing a civil action or appealing a civil or criminal judgment for the reason that the prisoner has no assets and no means by which to pay the initial partial filing fee." 28 U.S.C. § 1915(b)(4).

Mr. Peterson may proceed in this action without payment of an initial partial filing fee. Although he need not pay an initial partial filing fee, Mr. Peterson, however, remains obligated to pay the required $350.00 filing fee through monthly installments as directed in this Order. Accordingly, it is

ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, (Doc. No. 1), filed on October 2, 2008, is granted. It is

FURTHER ORDERED that Mr. Peterson may proceed in this action without payment of an initial partial filing fee. Mr. Peterson remains obligated to pay the full amount of the required $350.00 filing fee pursuant to § 1915(b)(1) regardless of the outcome of this action. It is

FURTHER ORDERED that until the $350.00 filing fee is paid in full Mr. Peterson shall make monthly payments to the Court of twenty percent of the preceding month's income credited to his account or show cause why he has no assets and no means by which to make each monthly payment. Mr. Peterson is directed to make the necessary arrangements to have the monthly payments identified by the civil action number on this order. In order to show cause, Mr. Peterson must file a current certified copy of his trust fund account statement. It is

2

FURTHER ORDERED that if Mr. Peterson fails to have the appropriate monthly payment sent to the Clerk of the Court each month or to show cause each month as directed above why he has no assets and no means by which to make the monthly payment the Complaint may be dismissed without prejudice and without further notice. It is

FURTHER ORDERED that process shall not issue until further order of the Court. It is

FURTHER ORDERED that Plaintiff's Motion for Service of Process by the United States Marshal, (Doc. No. 4), filed on October 10, 2008, is denied as unnecessary and premature.

DATED November 10, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02211-BNB

Fredric Lyle Peterson
Prisoner No. 1592452
Denver County Jail
P.O. Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 11/10/08

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk