IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02211-PAB-MEH

FREDRIC LYLE PETERSON,

      Plaintiff,

v.

MICHAEL O'CONNER, Supervisor, Englewood Colorado Police Department.
CESAR MADRIGAL, South Metro Drug Task Force,
RYAN KASPAR, Officer Englewood Police Department, and
GEORGE CLANCY,

      Defendants.

## ORDER DIRECTING PLAINTIFF TO SUBMIT AMENDED MOTION
## FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

**Michael E. Hegarty, United States Magistrate Judge.**

At the time Plaintiff initiated the instant action, he was in the custody of the Denver County Jail in Denver, Colorado. (Docket #3 at 2.) Plaintiff submitted a Change of Address notice to the Court indicating that he is no longer incarcerated and now resides in Englewood, Colorado. (Docket #33.)

Plaintiff's continuing obligation to pay the filing fee is to be determined, like any nonprisoner, solely on the basis of whether he qualifies for *in forma pauperis* status. *See Whitney v. New Mexico*, 113 F.3d 1170, 1171 n.1 (10th Cir. 1997); *see also McGore v. Wrigglesworth*, 114 F.3d 601, 612-13 (6th Cir. 1997); *In re Prison Litigation Reform Act*, 105 F.3d 1131, 1138-39 (6th Cir. 1997); *McGann v. Commissioner, Soc. Sec. Admin.*, 96 F.3d 28, 29-30 (2d Cir. 1996). Therefore, Plaintiff is ordered to submit an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Alternatively, Plaintiff may elect

to pay the $350.00 filing fee to pursue his claim in this action. Accordingly, it is

ORDERED that Plaintiff submit an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on or before **March 31, 2009**, or alternatively, Plaintiff may elect to pay the $350.00 filing fee to pursue his claim in this action on or before **March 31, 2009**. It is

FURTHER ORDERED that the Clerk of the Court shall mail to Plaintiff, together with a copy of this Order, a copy of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form, used by nonprisoners in submitting requests to proceed pursuant to § 1915. It is

FURTHER ORDERED that if Plaintiff fails to comply with the instant Order on or before **March 31, 2009**, the Complaint and action may be dismissed without further notice.

Dated at Denver, Colorado, this 3rd day of March, 2009.

BY THE COURT:

 s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge