IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02211-PAB-MEH

FREDRIC LYLE PETERSON,

    Plaintiff,

v.

MICHAEL O'CONNER, Supervisor, Englewood Colorado Police Department.
CESAR MADRIGAL, South Metro Drug Task Force,
RYAN KASPAR, Officer Englewood Police Department, and
GEORGE CLANCY,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 10, 2009.**

    Defendants' Motion to Vacate Final Pretrial Conference [filed September 8, 2009; docket #50] is **granted**. The Final Pretrial Conference set for September 14, 2009, is hereby **vacated**. The Court will enter a Recommendation for dismissal of this action without prejudice for failure to prosecute contemporaneously with this minute order.